# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149782

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellant,

v

               SC: 149782
               COA: 313743
JASON JOSEPH RICHARDSON,     Roscommon CC: 12-006589-FH
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the June 3, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2014



d1112

            Clerk